AO 442 (Rev. 11/11) Arrest Warrant

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

# UNITED STATES DISTRICT COURT

for the

District of Vermont  ☑

2024 JUN 20 PM 4:24

CLERK

BY _____
DEPUTY CLERK

United States of America
v.

WALTER BURBO

*Defendant*

)
)
)
)
)
)
)

Case No. 2:24-cr-00027-2

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   Walter Burbo                                                                                           ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment       ☑ Superseding Indictment       ☐ Information       ☐ Superseding Information       ☐ Complaint

☐ Probation Violation Petition       ☐ Supervised Release Violation Petition       ☐ Violation Notice       ☐ Order of the Court

This offense is briefly described as follows:
Conspiring to distribute fentanyl and cocaine base, both Schedule II controlled substances.

Made available for use a residence for the purpose of unlawfully distributing fentanyl and cocaine base, both Schedule II
controlled substances.

Date:     05/02/2024

City and state:   Burlington, VT

*Lisa Wright*
Issuing officer's signature

Lisa Wright, Deputy Clerk
Printed name and title

| Return |
|---|
| This warrant was received on *(date)* 6/20/2024 , and the person was arrested on *(date)* 6/19/2024 at *(city and state)* Burlington VT . |
| Date: 6/20/2024 |

*signature*
Arresting officer's signature

Jacob Holmes DUSM
Printed name and title

On behalf of
FBI